# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| JORGE RODRIGUEZ, INDIVIDUALLY AND AS NEXT FRIEND TO J.R., A MINOR, §§§§ | | |
|    *Plaintiff*, § | | |
| § | | |
| VS. § | Civil Action No. 5:18-CV-00136 | |
| § | | |
| TONY R. SAVAGE AND ATS SPECIALIZED, INC., §§§ | | |
|    *Defendants*. § | | |

## NOTICE OF REMOVAL

TO THE HONORABLE COURT:

COME NOW Defendants ATS Specialized, Inc. and Tony R. Savage and file their Notice of Removal, and would respectfully show unto the Court as follows:

## PROCEDURAL HISTORY

1. Plaintiff filed suit in Cause No. 18-08-00154-CVL, in the 81st Judicial District Court of La Salle County, Texas on August 14, 2018. On August 17, 2018, defense counsel accepted service on behalf of Defendants ATS Specialized, Inc. and Tony R. Savage. Defendants' Original Answer was filed on September 12, 2018.

2. Defendants have therefore filed this Notice of Removal within the time period required by 28 U.S.C. § 1446(b).

## NATURE OF THE SUIT

3. Plaintiff alleges that on or about April 7, 2017, he sustained damages as a result of a motor vehicle accident. The accident occurred in La Salle County, Texas.

4. According to Plaintiff's Original Petition, Plaintiff is a citizen of the State of Texas, with a domicile in Frio County. *See* Plaintiff's Original Petition, paragraph 2.

5. Defendant Tony R. Savage is a citizen of the State of Tennessee, with a domicile at 455 Bethel Rd., Pulaski, Tennessee. *See,* Plaintiff's Original Petition, paragraph 2.

6. Defendant ATS Specialized, Inc. is a corporation with its principal place of business in the State of Minnesota. *See,* Plaintiff's Original Petition, paragraph 2. Further, ATS Specialized, Inc. was incorporated in the State of Minnesota.

## BASIS FOR REMOVAL

7. Removal is proper because there is complete diversity of citizenship between Plaintiff and Defendants as set forth above.

8. As alleged in Plaintiff's Original Petition, the amount in controversy exceeds $1,000,000.00, exclusive of interests, costs, and attorneys' fees. *See* Plaintiff's Original Petition, paragraph 12.

## VENUE AND JURISDICTION

9. Venue for this removal is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

10. This Court has jurisdiction of this action by virtue of the provisions of 28 U.S.C. § 1332 in that this is a case of diversity of citizenship between the parties with the amount in controversy exceeding $75,000.00, exclusive of interest and costs.

## DEFENDANTS' NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

11. Defendants have attached to this notice all process, pleadings and orders filed in the state court action as required by 28 U.S.C. §1446(a). (*See* **Exhibit A**, Index of Matters Being Filed)

## JURY DEMAND

12. Plaintiff made a demand for a jury trial in State District Court. Defendants ATS Specialized, Inc. and Tony R. Savage also made demands for a jury trial in State District Court.

## NOTICE TO STATE COURT

13. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the State Court in which this action is pending.

Respectfully submitted,

**CASTAGNA SCOTT LLP**

1120 S. Capital of Texas Highway
Building 2, Suite 270
Austin, Texas 78746
512/329-3290
888/255-0132 fax


By:   /s/ *Lynn S. Castagna*
     Lynn S. Castagna
     State Bar No. 03980520
     lynn@texasdefense.com
     Steven B. Loomis
     State Bar No. 00793177
     loomis@texasdefense.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing has been electronically filed with the Clerk of the Court using the CM/EMF system which will send notification of such filing and has been sent via facsimile to the following:

***VIA FACSIMILE: (800) 507-4152***
Larry W. Lawrence, Jr.
LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703

in accordance with the Federal Rules of Civil Procedure, on September 13, 2018.

                  */s/ Lynn S. Castagna*
                  Lynn S. Castagna