United States District Court
Southern District of Texas
**ENTERED**
August 14, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **JORGE RODRIGUEZ,** *Individually and as Next Friend to J.R., A Minor* | § § § § | |
| **Plaintiff,** | § | |
| VS. | § | **CIVIL ACTION NO. 5:18-CV-136** |
| | § | |
| **TONY R. SAVAGE,** *et al.,* | § § | |
| **Defendants.** | | |

## ORDER

On July 3, 2019, the parties in this case filed two self-effectuating joint stipulations of dismissal, both signed by counsel for all parties. (Dkts. 25–26.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The first stipulation notified the Court that Plaintiff Jorge Rodriguez's claims have been settled and dismissed with prejudice. (Dkt. 25.) *See* Fed. R. Civ. P. 41(a)(1)(B). The second stipulation notified the Court that the parties did not reach a settlement as to minor Plaintiff J.R. (Dkt. 26.) Instead, pursuant to Magistrate Judge John A. Kazen's June 28 order, the parties have dismissed J.R.'s claims *without* prejudice and will notify the child's custodial parent that the statute of limitations will be tolled until J.R. reaches the age of majority. (Dkt. 24; Dkt. 26 at 1.)

Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this 14th day of August, 2019.

_____
Diana Saldaña
United States District Judge